1  SEYFARTH SHAW LLP
   Jamie C. Pollaci (SBN 244659)
2  jpollaci@seyfarth.com
   Sumithra R. Roberts (SBN 256078)
3  sroberts@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067-3021
   Telephone:   (310) 277-7200
5  Facsimile:   (310) 201-5219

6  Attorneys for Defendant
   RAYTHEON TECHNOLOGIES
7  CORPORATION which will do business in
   California as RAYTHEON (CA)
8  TECHNOLOGIES CORPORATION

9

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

13  IAN REED,                           Case No. 2:22-cv-00405-SB-AS

14            Plaintiff,                 (Los Angeles Superior Court,
                                         Case No. 21STCV45512)
15       v.
                                         **DEFENDANT'S NOTICE OF NON-**
16  RAYTHEON (CA) TECHNOLOGIES           **OPPOSITION TO PLAINTIFF'S**
    CORPORATION, AND DOES 1-50,          **MOTION FOR LEAVE TO FILE**
17  inclusive,                           **FIRST AMENDED COMPLAINT**

18            Defendants.                **Date: April 29, 2022**
                                         **Time: 9:00 a.m.**
19                                       **Ctrm: 6C**

20                                       Complaint Filed: December 16, 2021
                                         Trial Date:      None Set
21

22

23

24

25

26

27

28

1

---

NOTICE OF NON-OPPOSITION

81804092v.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Raytheon Technologies Corporation which will do business in California as Raytheon (CA) Technologies Corporation ("RTX") does not oppose the request made by Plaintiff Ian Reed in his Motion for Leave to File First Amended Complaint, which is scheduled for hearing on April 29, 2022, at 9:00 a.m., in Courtroom 6C of the above-entitled Court.  (*See* Dkt. No. 18-1.)

DATED: April 8, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
Jamie C. Pollaci
Sumithra R. Roberts
Attorneys for Defendant
RAYTHEON TECHNOLOGIES
CORPORATION which will do business in
California as RAYTHEON (CA)
TECHNOLOGIES CORPORATION

2

NOTICE OF NON-OPPOSITION

81804092v.1

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA         )
)  SS

3

COUNTY OF LOS ANGELES   )

4

      I am a resident of the State of California, over the age of eighteen years, and not a party to the
within action.  My business address is 2029 Century Park East, Suite 3500, Los Angeles, California

5

90067-3021.  On April 8, 2022, I served the within document(s):

6

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT**

7

8

☐ **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon
fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

9

☐ **(BY HAND DELIVERY)** by delivering the document(s) listed above to Nationwide Legal, Inc.
for delivery to the person(s) at the address(es) set forth below with instructions that such

10

envelope be personally delivered on _____, 2022.

11

☐ **(BY OVERNIGHT MAIL)** by placing the document(s) listed above in a sealed envelope or
package provided by an overnight delivery carrier with postage paid on account and deposited

12

for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

13

☒ **(BY ECF)** by transmitting the document(s) listed above, electronically, via the Court's
electronic ECF system.

14

15

Terry K. Davis, Esq.
12711 Newport Avenue, Suite D

16

Tustin, CA  92780
Email:  *davislaw@netzero.com*

17

Attorney for Plaintiff Ian Reed

18

19

      I am readily familiar with the firm's practice of collection and processing correspondence for
mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with

20

postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party
served, service is presumed invalid if postal cancellation date or postage meter date is more than one day
after date of deposit for mailing in affidavit.

21

22

      I declare under penalty of perjury under the laws of the State of California that the above is true
and correct.

23

      Executed on April 8, 2022, at Los Angeles, California.

24

25

_____
Dana M. Hass

26

27

28

PROOF OF SERVICE